IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **RANDALL KELTON, KARA BELL**<br>*Plaintiff*,<br><br>v.<br><br>**NORDSTROM, INC. (d.b.a. Nordstrom Rack), et al.**<br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 1:23-CV-00395 |

## CHIEF JUSTICE HECHT'S ADVISORY TO THE COURT

NOW COMES Defendant Chief Justice Hecht, and files this Advisory to the Court:

1. On August 14, 2023, Plaintiff Randall Kelton sent the attached email regarding this lawsuit. (Exhibit A).

2. The address from which the email was sent is "randy@ruleoflawradio.com." (Exhibit A).

3. Chief Justice Hecht asks this Court to take judicial notice of the fact that "randy@ruleoflawradio.com" is publicly posted on the "Rule of Law Radio" website as the email address for "Randy" (Exhibit B) and is accompanied by a picture which is identified on another page on that website as "Randy Kelton." (Exhibit C).

4. In his August 14, 2023 email, Plaintiff Kelton admits that he has filed this lawsuit "just for practice." (Exhibit A).

5. Plaintiff Kelton also admits that he has only filed this lawsuit "for practice as their answers to each suit help me to generate more sophistication for the next one." (Exhibit A).

6. It is clear that Plaintiff Kelton has brought this particular lawsuit, which he uses in an attempt to intimidate other officials in Texas, in bad faith. (Exhibit A).

7. In light of Plaintiff Kelton's bad faith, and for the reasons presented in Chief Justice Hecht's motion to dismiss and reply brief in support of that motion (Docs. 24 and 46), this lawsuit should be dismissed.

## IV.
## CONCLUSION

This Court should dismiss Plaintiffs' claims against Chief Justice Hecht and all defendants.

WHEREFORE, Chief Justice Hecht prays that Plaintiffs take nothing by their suit.

    Respectfully submitted,

    ANGELA COLMENERO
    Provisional Attorney General

    BRENT WEBSTER
    First Assistant Attorney General

    GRANT DORFMAN
    Deputy First Assistant General

    JAMES LLOYD
    Acting Deputy Attorney General for Civil Litigation

    KIMBERLY GDULA
    Deputy Chief, General Litigation Division

    RYAN KERCHER
    Deputy Chief, General Litigation Division

    /s/ Scot M. Graydon
    SCOT M. GRAYDON
    Assistant Attorney General
    Texas Bar No. 24002175
    OFFICE OF THE ATTORNEY GENERAL
    P.O. Box 12548, Capitol Station
    Austin, Texas 78711-2548
    (512) 463-2120 / Fax (512) 320-0667
    Scot.Graydon@oag.texas.gov

    *ATTORNEYS FOR DEFENDANT CHIEF JUSTICE HECHT*

## CERTIFICATE OF SERVICE

I certify that a copy of the above *Chief Justice Hecht's Advisory to the Court* was served on the **30th day of August, 2023**, upon all parties who have entered an appearance, using the CM/ECF system and upon the following individual by Certified Mail, Return Receipt Requested and via regular mail:

| | |
|---|---|
| Kara Bell | *Pro Se Plaintiff* |
| P.O. Box 341703 | |
| Lakeway, TX 78734 | |

*Via Certified Mail: 7020 1290 0000 7441 9570*

| | |
|---|---|
| Randall Kelton | *Pro Se Plaintiff* |
| P.O. Box 1 | |
| 113 S. Allen St. | |
| Boyd, TX 76023 | |

*Via Certified Mail: 7020 1290 0000 7441 9563*

/s/ Scot M. Graydon
**SCOT M. GRAYDON**
Assistant Attorney General