## Fair Warning

randy@ruleoflawradio.com randy ruleoflawradio.com     Monday, August 14, 2023 at 9:51:29 AM Central Daylight Time

To: mayor@cityofboyd.com mayor@cityofboyd.com

Greetings:

On or about the 9th of August I was entering Boyd behind a sheriff deputy and traffic backed up to the bridge. The deputy pulled on the shoulder and accelerated down the shoulder out of sight. When traffic moved up, there he was sitting in front of City Hall. Frankly, it annoyed me so I pulled in and asked him to identify himself, which Sheriff policy commands him to do but he refused so, I went in and asked for an officer to be sent out to take my criminal complaint against the deputy.

Officers Gross and Crowe came out and refused to take a complaint and laughed at me for having the temerity to be so bold as to ask them to enforce the law against themselves.

Rodney, you are turning this town into a speed trap with all the police. I didn't like it but it wasn't a fight I wanted to have. It is bad enough to have police all over the place using the public as an income source, but when you have police that consider themselves outside the law they are sworn to uphold, that simply will not happen here.

I gave 4 criminal complaints to the police department directed to the Chief. I have called him twice and he doesn't answer his phone and his messages are full so, I need you to ask him to which magistrate did he give my complaints as required by Texas Code of Criminal Procedure 2.13(c).

As you may or may not know, I have been working on fixing the legal system in Texas for some 30 years now and am on the cusp. I have sued all the judges of the Texas Court of Criminal Appeals, the heads of all Texas agencies who train public officials, the District Attorney for Travis County and various and sundry others. I sued them for $485,000,000 and sued them in their personal capacity.

This suit is just for practice. I have three planned. The second will be against officials in Wise County starting with your two officers. I am starting at the very bottom. Your chief will refuse to act in accordance with Article 12.13(c) and will refuse to give notice to some magistrate of the crimes I gave him official notice of.

I will then file against the Chief with your municipal judge. I already have a number of criminal allegations against Judge Morrow for refusing to act in accordance with Texas Code of Criminal Procedure 15.09 and this will get more as she will refuse to issue warrants for the Chief and his deputies. This will give me a direct claim against all four of them and against the City of Boyd for engaging in an ongoing criminal enterprise.

I will then move on up through the ranks.

With the last suit, I sued all the Judges of the Court of Criminal Appeals. This time, because of information they gave me in their answers to my suit, I will sue all the Justices of the Texas Supreme Court in the fed. These suits are for practice as their answers to each suit help me to generate more sophistication for the next one. Don't blame your police as I played them like a cheap fiddle. They did what they have been trained to do. The problem is, what they are doing is horrendoulsy illegal.

You can either order your officers and judge to do what the law commands them to do or let them do what they were trained to do. For my part it doesn't matter as, if you do what the law requires, I will have presidence I can take to the Federal Courts. If you do not, you get sued with the rest.

I have a couple of tickets in your city court now and will get a number of claims from that. It wasn't my intent to take on Boyd, but your police out there sort of kicked this soapbox up under my feet.

Don't take it personal. This is about fixing something that is wrong with the system.

I felt like I owed you a heads up.

You might get your lawyer to check out the suit I filed so you will know what is coming:

**Case No. 1:23-cv-00395-DII-SH**

You can find it at Pacer.gov

Randy

