- Home
- Schedule & Hosts
- Donations
- Forum
- Radio Archives »
- Seminars & Videos »
- Statutes by State »
- Grand Jury Power »
- JurisImprudence
- Research Repository
- Legal Research Primer
- Preferred Professionals
- Practice Guides
- Books
- Bios
- Contact
- Links



  

To contact Randy:
email
**Randy@RuleOfLawRadio.com**

To contact Eddie:
email
**Eddie@RuleOfLawRadio.com**

To contact Deborah:
email
**Deborah@RuleOfLawRadio.com**

## Special Notice concerning the caller line:

### Information concerning the call-in number 512 646-1984:

Please note that this is the **CALL-IN** number for callers to call in to talk to hosts that are currently on the air and discuss the topic currently at hand, or to raise new topics if the host is accepting open topic calls. Keep in mind that Logos Radio Network offers a variety of shows that discuss a variety of topics. Not every show on this network discusses legal topics or offers legal remedies, so please listen to the show that is currently on the air for a few minutes before calling in, especially if you have a legal question. Not all hosts will be able to answer legal questions and they may not necessarily be discussing legal topics at the time you call. This caller line is the caller line for all the shows on the Logos Radio Network, not just for the Rule of Law show.

EXHIBIT B