- Home
- Schedule & Hosts
- Donations
- Forum
- Radio Archives »
- Seminars & Videos »
- Statutes by State »
- Grand Jury Power »
- JurisImprudence
- Research Repository
- Legal Research Primer
- Preferred Professionals
- Practice Guides
- Books
- Bios
- Contact
- Links



Reclaiming our freedom with Scripture, truth, law, fundamental principles, & comedy!
Click on the RADIO above to Listen Now! Call in to the show at 512-646-1984!

## "The Rule Of Law"

Mondays & Thursdays, 8-10 pm CST, Fridays 8 pm - Midnight CST

Rule of Law Podcast

  

### Randy Kelton, Deborah Stevens, and Eddie Craig

## Randy's Criminal Complaint Against Texas Governor Greg Abbott

Click the link above to download the criminal complaint filed with the Travis County Grand Jury against Governor Greg Abbott on the 8th day of October, 2020.
Nothing here should be taken as a slight against the Governor. We accept that Governor Abbott acted, in the time of crisis, in the best of faith. Faith is not the issue. The issue is, he exceeded his authority and owes it to the rule of law to answer for the crimes alleged herein.

EXHIBIT
C