UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RANDALL KELTON, KARA BELL §<br>　　Plaintiffs　　　　　　　　§<br>　　　　　　　　　　　　　　　§<br>VS.　　　　　　　　　　　　　§<br>　　　　　　　　　　　　　　　§<br>NORDSTROM, INC. (d.b.a　　 §<br>Nordstrom Rack), et al.　　　 §<br>　　Defendants　　　　　　　 § | | CIVIL ACTION NO: 1:23-CV-00395 |

### DEFENDANT NATHAN CRADDUCK'S RESPONSE TO PLAINTIFFS' MOTION TO STRIKE RULE 12 MOTION

TO THE HONORABLE U.S. DISTRICT JUDGE:

COMES NOW Defendant Nathan Cradduck and files this Response to the Plaintiffs' Motion to Strike Rule 12 Motion and respectfully shows the Court as follows:

**I.**

Plaintiffs have filed a Motion to Strike (Doc. 56), asking the Court to Strike the Motion to Dismiss (Doc. 22) filed by Defendant Nathan Cradduck, as well as Motions to Dismiss filed by numerous other Defendants. Plaintiffs' Motion to Strike argues that "the Rule 12 Motion[] to Dismiss filed by the Texas Attorney General on the behalf of the defendant[]… Nathan Cradduck… was filed improperly as the Attorney General lacked standing to represent persons sued in their private capacity." (Doc. 56, p. 1). Plaintiffs' Motion to Strike Defendant Cradduck's Motion to Dismiss is based on the erroneous assumption that Nathan Cradduck is being represented by the Texas Attorney General and that the Attorney General filed a Motion to Dismiss on behalf of Defendant Cradduck.

Nathan Cradduck is being represented by the undersigned attorney who is in private practice. Therefore, Plaintiffs' Motion to Strike should be denied.

WHEREFORE, PREMISES CONSIDERED, Defendant Nathan Cradduck respectfully requests that the Plaintiffs' Motion to Strike Rule 12 Motion be denied.

Respectfully submitted,

JACKSON & CARTER, PLLC
By:   /s/ A. Craig Carter
A. Craig Carter
State Bar No. 03908100
6514 McNeil Drive
Bldg. 2, Suite 200
Austin, Texas 78729
(512) 473-2002 Telephone
(512) 473-2034 Facsimile
ccarter@jackson-carter.com
ATTORNEY FOR DEFENDANTS
TEXAS ASSOCIATION OF COUNTIES
AND NATHAN CRADDUCK

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2023 I filed a true and correct copy of the above and foregoing document electronically. Notice of the filing will be sent by operation of the Court's electronic filing system to all counsel of record. I also certify that a true and correct copy of the above document was served on the following individuals by Certified Mail, Return Receipt Requested:

Kara Bell, Pro Se Plaintiff
P.O. Box 341703
Lakeway, TX 78734

Randall Kelton, Pro Se Plaintiff
P.O. Box 1
113 S. Allen St.
Boyd, TX 76023

By:   /s/ A. Craig Carter
A. Craig Carter
