IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **RANDALL KELTON, KARA BELL**<br>*Plaintiff*,<br><br>v.<br><br>**NORDSTROM, INC. (d.b.a. Nordstrom Rack), et al.**<br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 1:23-CV-00395 |

### ORDER DENYING PLAINTIFF'S MOTION FOR SANCTIONS

On this day came to be heard Plaintiff Motion for Sanctions (Doc. 57). The Court having reviewed the motion and responses, the law, and arguments of all parties, enters the following order:

**IT IS ORDERED** that the Plaintiff's Motion to Strike Rule 12 Motion against Chief Justice Hecht (Doc. 57) is **DENIED**.

SIGNED AND ENTERED this ____ day of ___, 2023.

_____
HONORABLE JUDGE OF COURT