UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RANDALL KELTON, KARA BELL,<br>    *Plaintiffs*,<br><br>v.<br><br>Nordstrom, Inc (*D.B.A. Nordstrom Rack*), Kelsie Fucci, Nathan Hecht, Sharon Keller, Jose Garza, Rob Stuart Drummond, Barbara Hervey, Bert Richardson, Kevin Yeary, David Newell, Mary Lou Keel, Scott Walker, Michelle Slaughter, Jesse F. Mcclure Iii, Megan Lavoie, Thea Whalen, Deadra Stark, Kelly Damphouse, Nathan Cradduck, Gail Bell, Travis County Sheriff Deputy *Name Unknown*, Sally Hernandez, Lenn Carter, Robert Eller, Crystal Gill, Mark Bruner, Kenton Johnson, Barbara Boulware-Wells, Jeff Ulmann, Audrey Guthrie, Sam Bassett, Sara Donovan<br>    *Defendants* | §§§§§§§§§§§§§§§§§§§§§§§§ | No. 1:23-cv-00395-DII-SH<br><br><br><br>*Magistrate Judge Susan Hightower* |

# DEFENDANT DEADRA STARK'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE RULE 12 MOTION

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION:

    COMES NOW Defendant Deadra Stark ("Defendant"), and files this Response to Plaintiff's Motion to Strike Rule 12 Motion ("Motion to Strike") (Doc. 56), and would respectfully show this court the following.

## PLAINTIFFS' MOTION IS FRIVOLOUS

1.  The Texas Attorney General has filed no motions on behalf of Defendant Deadra Stark, and does not purport to represent Defendant Deadra Stark. The Travis County Attorney similarly does not represent, and has not filed on behalf of, Defendant Deadra Stark. The Motion to Strike does not specify which motions it seeks to strike. Only out of an abundance of caution does Defendant Deadra Stark file this response. But that her name is listed in the Paragraph titled "1 Motion to Strike Rule 12 Motions," there would be no cause whatsoever to believe that any response was required.

2.  Without addressing any merits of the filing, Plaintiffs' Motion to Strike is frivolous, at least as to Defendant Deadra Stark, as it seeks to strike motions not filed with this court, and so Defendant Deadra Stark respectfully requests the Court deny the Motion to Strike.

Respectfully submitted,

By: */s/Benjamin J. Gibbs*
BENJAMIN J. GIBBS
Texas Municipal Courts Education Center
2210 Hancock Drive
Austin, Texas 78756
Telephone No. (512) 320-8274
Facsimile No. (512) 435-6118
State Bar No. 24094421
Email: gibbs@tmcec.com
**ATTORNEY FOR DEFENDANT DEADRA STARK**

## **CERTIFICATE OF SERVICE**

      A true and correct copy of the above and foregoing document has been served on all counsel of record and pro se parties in accordance with Federal Rules of Civil Procedure on September 29, 2023.

| | |
|---|---|
| Randall Kelton, Plaintiff<br>PO Box 1<br>113 S. Allen ST.<br>Boyd, TX 76023<br>Telephone No. (940) 399-9922 | randy@ruleoflawradio.com |
| Kara Bell, Plaintiff<br>PO Box 341703<br>Lakeway, TX 78734<br>Telephone No. (310) 606-9093 | karabell@feduptexans.com |

                                                */s/ Benjamin J. Gibbs*
                                                 BENJAMIN J. GIBBS