IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RANDALL KELTON and KARA BELL, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:23-CV-395-DII |
| NORDSTROM, INC. *d/b/a* NORDSTROM RACK, et al., | § § § § | |
| Defendants. | § § | |

## **FINAL JUDGMENT**

On this date, the Court adopted United States Magistrate Judge Susan Hightower's report and recommendation concerning Defendants' Motions to Dismiss, (Dkts. 8, 9, 11–15, 17–24). (R. & R., Dkt. 71). The Court granted Defendants' Motions and dismissed all of Plaintiffs' claims.

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that each party bears its own costs.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

**SIGNED** on December 19, 2023.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1