

Certified as a true copy and issued
as the mandate on Jun 28, 2024
Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
June 6, 2024
Lyle W. Cayce
Clerk

No. 24-50002

RANDALL KELTON; KARA BELL,

*Plaintiffs—Appellants,*

versus

NORDSTROM, INCORPORATED, *doing business as* NORDSTROM RACK; KELSIE FUCCI; NATHAN HECHT; JOSE GARZA; ROB STUART DRUMMOND; SHARON KELLER; BARBARA HERVEY; BERT RICHARDSON; KEVIN YEARY; DAVID NEWELL; MARY LOU KEEL; SCOTT WALKER; MICHELLE SLAUGHTER; JESSE F. MCCLURE, III; MEGAN LAVOIE; THEA WHALEN; DEADRA STARK; KELLY DAMPHOUSE; NATHAN CRADDUCK; GAIL BELL; TRAVIS COUNTY SHERIFF DEPUTY NAME UNKNOWN; SALLY HERNANDEZ; LENN CARTER; ROBERT ELLER; CRYSTAL GILL; MARC BRUNER; KENTON JOHNSON; BARBARA BOULWARE-WELLS; JEFF ULMANN; SAM BASSETT; SARA DONOVAN; AUDREY GUTHRIE,

*Defendants—Appellees.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:23-CV-395

_____

UNPUBLISHED ORDER

Before SMITH, SOUTHWICK, and WILSON, *Circuit Judges*.

PER CURIAM:

  IT IS ORDERED that the opposed motions to dismiss the appeal as frivolous are GRANTED.

# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 28, 2024

Mr. Philip Devlin
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 24-50002    Kelton v. Nordstrom
                           USDC No. 1:23-CV-395

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Renee S. McDonough, Deputy Clerk
                            504-310-7673

cc:
    Mr. Douglas M. Becker
    Ms. Kara Bell
    Mr. Sameer Singh Birring
    Ms. Elizabeth Brabb
    Mr. Aaron Craig Carter
    Ms. Maryalyce Walsh Cox
    Mr. Benjamin J. Gibbs
    Mr. Scot Macdonald Graydon
    Mr. Ryan Scott Henry
    Mr. Michael Brian Johnson
    Mr. Randall Kelton
    Mr. Anthony J. Nelson
    Ms. Monte Lou Swearengen
    Mr. Scott Michael Tschirhart